JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| MATTHEW SORONDO, et al., | ) CASE NO.: CV 21-820 MWF (Ex) |
|---|---|
| Plaintiff, | ) ORDER OF DISMISSAL |
| v. | ) |
| MANDARICH LAW GROUP, LLP, et al., | ) |
| Defendants. | ) |

Pursuant to the Stipulation of Dismissal filed by the Plaintiff on June 16, 2021, IT IS HEREBY ORDERED THAT this action shall be, and it hereby is, dismissed with prejudice, with the right to reopen for (30) days. Any claims of any putative class members are dismissed without prejudice. Each party shall bear its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: June 17, 2021

MICHAEL W. FITZGERALD
United States District Judge

Order of Dismissal